**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

_____

**MARCAS, L.L.C.**                                     )
                                                       )
           **Plaintiff,**                              )
                                                       )
                 **v.**                                )          **Civil Action No. WGC-07-196**
                                                       )
**BOARD OF COUNTY COMMISSIONERS**                      )
**OF ST. MARY'S COUNTY**                               )
                                                       )
           **Defendant.**                              )
_____)

## <u>ORDER GRANTING MARCAS, L.L.C.'s MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE</u>

Upon consideration of Marcas, L.L.C.'s Motion for Order of Dismissal with Prejudice, IT IS this <u>16th</u> day of <u>May</u>, <u>2014</u> by the United States District Court for the District of Maryland, **ORDERED**:

1.      That Marcas, L.L.C's Motion for Order of Dismissal with Prejudice (ECF No. 183) BE, and the same hereby IS, **GRANTED**;

2.      That all remaining claims by Plaintiff Marcas, L.L.C. ("Marcas") against Defendant Board of County Commissioners of St. Mary's County ("County") in the above-captioned Civil Action be *dismissed with prejudice*;

3.      That this Court shall retain jurisdiction over the Settlement Agreement and Release between Marcas and the County, executed on April 16, 2014 ("Settlement Agreement");

4.      That this Court shall retain ongoing exclusive jurisdiction over the enforcement of the August 22, 2013 Order Granting Injunctive Relief (ECF No. 176), setting forth the injunctive relief and remedial measures that the County shall take to comply with 40 C.F.R. § 258.23(a)(2);

1

5.      That this dismissal with prejudice shall have no preclusive effect or any other impact on the inverse condemnation and eminent domain claims described as "Reserved Claims" in the parties' Settlement Agreement and which are not currently pending before this Court;

6.      That, except as specified in the Settlement Agreement, Marcas and the County shall be responsible for their own respective attorneys' fees and costs incurred in connection with the claims asserted in this action; and

7.      That the Clerk administratively **close** this case.


_____/s/_____
WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE