IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARCAS, L.L.C.

    Plaintiff,

v.                                         Civil Action No:    8:07-CV-00196-WGC

BOARD OF COUNTY COMMISSIONERS
OF ST. MARY'S COUNTY

    Defendant.

### ~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S MOTION TO TERMINATE ALL INJUNCTIVE RELIEF AND MOTION TO DISMISS ALL REMAINING CLAIMS WITH PREJUDICE

THE COURT, having reviewed Defendant's Motion to Terminate all Injunction Relief and Motion to Dismiss all Remaining Claims with Prejudice,

HEREBY ORDERS that all Injunctive Relief entered in the above-captioned Civil Action, including but not limited to the August 22, 2013 Order Granting Injunctive Relief, is TERMINATED; and

FURTHER ORDERS that all remaining claims by Plaintiff Marcas, L.L.C. ("Marcas") against the Board of County Commissioners of St. Mary's County ("County") in the above-captioned Civil Action be dismissed with prejudice.

SO ORDERED this 7th day of September, 2016.

BY THE COURT:

_William Connelly_
William Connelly
United States Magistrate Judge

444464